**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711

**Elizabeth Graves**, OSB #193644
Email: egraves@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1800
Portland, OR 97204
Telephone:  503-222-9981

*Attorneys for Pacific Bio Products - Warrenton, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**, a California non-profit corporation; and **NORTHWEST ENVIRONMENTAL DEFENSE CENTER**, an Oregon non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>**PACIFIC BIO PRODUCTS - WARRENTON, LLC**, an Oregon corporation,<br><br>Defendant. | No. 3:26-cv-00118-JR<br><br>DECLARATION OF ERIC MILLS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT |

I, Eric Mills, declare as follows:

1.    I am the Director of Legal Affairs for Defendant Pacific Bio Products –

Page 1 -    DECLARATION OF ERIC MILLS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711
Fax 206-292-0460

113023\296855\50870436.1

Warrenton, LLC ("PBP"). I make this declaration in support of the PBP's Motion to Dismiss, or, in the alternative, Motion for Summary Judgment based upon my personal knowledge and my review of records available to me as they are kept in the ordinary course of PBP's business. I am over eighteen (18) years of age and competent to testify to the matters stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of PBP's Request for a Contested Case Hearing, filed on or around March 9, 2022.

3. Attached as **Exhibit 2** is a true and correct copy of Petitioner's Motion—Review of Agency's Denial of A Motion to Stay and Request for Stay, filed in Oregon Court of Appeals Case No. A186173 on or around February 7, 2025.

4. Attached as **Exhibit 3** is a true and correct copy of the Oregon Court of Appeal's Order Granting Stay, entered in Oregon Court of Appeals Case No. A186173 on or around April 8, 2025.

5. Attached as **Exhibit 4** is a true and correct copy of the National Pollutant Discharge Elimination System ("NPDES") Waste Discharge Permit issued to Bio-Oregon Protein, Inc. on or about December 3, 2007. Pursuant to Articles of Conversion filed with the Oregon Secretary of State on or about November 27, 2018, Bio-Oregon Protein, Inc. is now known as Pacific Bio Products - Warrenton, LLC.

**I hereby declare under penalty of perjury that the foregoing statements are true and correct. I understand that these statements are made for use as evidence in court.**

Executed on this _21_ th day of May, 2026.

By: _s/_ ~~E. R. Mills~~

Eric Mills
Director of Legal Affairs

Page 2 -   DECLARATION OF ERIC MILLS IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS, OR IN THE
ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone 206-622-1711
Fax 206-292-0460

113023\296855\50870436.1